# United States Court of Appeals
## For the First Circuit

No. 14-1617

UNITED STATES OF AMERICA,

Appellee,

v.

ERNESTO MONELL,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on September 2, 2015, is amended as follows:

On page 11, line 13, "(1st Cir. 2010))" is replaced with "(1st Cir. 2010)))"